IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GATHA BOULDIN AND                                              PLAINTIFFS
AND ARTHUR BOULDIN

VS.                                       CIVIL ACTION NO. 3:08CV328TS-JCS

WAL-MART STORES, INC., ET AL.                                  DEFENDANTS

## JUDGMENT

In accordance with the order of this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Gatha and Aruthur Boldin is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 9th day of March, 2009.


                                    /s/ Tom S. Lee_____
                                    UNITED STATES DISTRICT JUDGE